STATE EX REL. NORD, Appellant, vs. BAXTER, Mayor, and others, Respondents.

*February 12—March 8, 1927.*

Companion case to *State ex rel. Baxter v. Beckley, ante,* p. 367.

APPEAL from a judgment of the circuit court for Douglas county: W. R. FOLEY, Circuit Judge. *Affirmed.*

*W. B. Kellogg* of Superior, for the appellant.

For the respondents there was a brief by *Grace, Fridley & Crawford* of Superior, and oral argument by *C. R. Fridley.*

ESCHWEILER, J. This is a companion case to *State ex rel. Baxter v. Beckley,* city clerk, and *Edward Nord,* intervenor, decided herewith (*ante,* p. 367, 212 N. W. 792).

It having been determined in the latter case that there was no sufficient petition for a recall election it necessarily follows that the trial court in this case was right in ordering judgment dismissing the intervenor's application for a writ of *mandamus* to compel the holding of such proposed recall election.

*By the Court.*—Judgment affirmed.

STEVENS, J., dissents.

CROWNHART, J., took no part.